**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JAMES ELDON BLAND,**

       **Plaintiff,**

**vs.**
                                  **Case No.: 2:17-cv-762**
                                  **JUDGE GEORGE C. SMITH**
                                  **Magistrate Judge Jolson**

**PAULA M. SAWYERS,** *et al.***,**

       **Defendants.**

**ORDER**

On September 22, 2017, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending that Plaintiff's Motion to Proceed in forma pauperis be granted and that Plaintiff's Complaint be dismissed for failure to sign the Complaint and for failure to state a claim upon which relief can be granted. (*See Report and Recommendation and Order*, Doc. 5). The parties were advised of their right to object to the *Report and Recommendation and Order* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation and Order*.

The *Report and Recommendation and Order* is hereby **ADOPTED** and **AFFIRMED.** Accordingly, Plaintiff's Complaint is hereby **DISMISSED**.

The Clerk shall remove Document 5 from the Court's pending motions list. The Clerk shall terminate this case.

       **IT IS SO ORDERED**.

                                  **/s/ *George C. Smith*_____**
                                  **GEORGE C. SMITH, JUDGE**
                                  **UNITED STATES DISTRICT COURT**